IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARILYN MONROE HOWARD and PAULA
AGUILAR, individually and as
Special Administrators of the Estate of Monroe
Isadore, deceased,                                          PLAINTIFFS

vs.                             Case No. 5:14 cv 330 KGB

City of Pine Bluff, Arkansas;
Jeff Hubanks, Chief of Police of
Pine Bluff, Arkansas, in his official and
individual capacities; and Brad Vilches, in
his individual and official capacities,                     DEFENDANTS

## APPLICATION FOR SPECIAL OR LIMITED APPEARANCE (PRO HAC VICE) FOR BENJAMIN LLOYD CRUMP, ESQUIRE.

COMES NOW, BENJAMIN LLOYD CRUMP, an attorney who is a member in good standing of the Bar of the highest court of the State of Florida, but is not admitted to practice in the District Courts in Arkansas, hereby submits this written application, to be permitted to appear and participate in the above-styled case and states the following:

1.  Pursuant to Local Rule 83.5(d), BENJAMIN LLOYD CRUMP designates LAWRENCE A. WALKER, ESQUIRE, AB#12042, and JOHN W. WALKER, ESQUIRE, AB# 64046, located at 1723 Broadway, Little Rock, Arkansas 72206, phone number 501-374-3758, with whom the court and opposing counsel may readily communicate regarding the conduct of the above-styled case.

2.  Further in accordance with Local Rule 83.5(d), attached is a letter provided by The Florida Bar, certifying that BENJAMIN LLOYD CRUMP is an active member of the Florida bar in good standing.

3.  THEREFORE, having met the requirements set forth by Local Rule 83.5(d), BENJAMIN LLOYD CRUMP, respectfully requests that this Court grant Special or Limited Appearance (Pro Hac Vice) for case number 5:14 cv 330 KGB.

Dated this 10th day of September, 2014.

Respectfully Submitted,
**PARKS & CRUMP, L.L.C.**
240 N. Magnolia Drive
Tallahassee, Florida  32301
(850) 224-6400 Telephone
(850) 224-6679 Facsimile
parkscrumpllc@gmail.com

_____
Benjamin L. Crump, Esquire
FBN: 0072583



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
www.FLORIDABAR.org

State of Florida     )

County of Leon      )

In Re: 72583  
Benjamin L. Crump  
Parks & Crump, LLC  
240 N. Magnolia Drive  
Tallahassee, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on January 18, 1996.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 9TH day of September, 2014.

Pam Gerard  
Member Services & Records Manager  
The Florida Bar

PG/kct1/R10