IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARILYN MONROE HOWARD and
PAULA AGUILAR, INDIVIDUALLY AND
AS SPECIAL ADMINISTRATORS OF THE
ESTATE OF MONROE ISADORE, DECEASED                      PLAINTIFFS

v.                          Case No. 5:14-cv-330-KGB

CITY OF PINE BLUFF, ARKANSAS;
JEFF HUBANKS, CHIEF OF POLICE
OF PINE BLUFF, ARKANSAS, IN HIS
OFFICIAL AND INDIVIDUAL
CAPACITIES; AND BRAD VILCHES,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITIES                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court grants defendants' motion for summary judgment (Dkt. No. 19). The Court enters judgment in favor of defendants on plaintiffs' 42 U.S.C. § 1983 claims alleging violations of the Fourth Amendment. To the extent that this Court's Order does not dispose of any claim plaintiffs may have under Arkansas state law, the Court declines to exercise supplemental jurisdiction over such claims and dismisses them without prejudice.

SO ADJUDGED this 14th day of December, 2015.

_____
Kristine G. Baker
United States District Judge